UNITED STATES BANKRUTPCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

CARL L. BLAUWKAMP,

    Debtor.

_____/

Case No:  BK 14-05130
Chapter 7

In re:

GEORGE D. HOLMES,

    Debtor.

_____/

Case No:  BK 14-04833
Chapter 7

DUNLAP DEVELOPMENT, LLC,

    Plaintiff,

v.

JEROME FINK,

    Defendant.

_____/

Adversary Proceeding
No. 15-80221

## **VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, Dunlap Development, LLC, by and through its counsel of record, Wardrop & Wardrop, P.C., and pursuant to the provisions of Bankruptcy Rule 7041(a)(1), hereby voluntarily dismisses the instant Adversary Proceeding. Defendant has not filed an Answer or a Motion for Summary Judgment in this proceeding, or in any of the other prior proceedings, and therefore dismissal is appropriate under the Court Rule.

Respectfully submitted,

WARDROP & WARDROP, P.C

Dated: August 28, 2015

By: _____

Robert F. Wardrop II (P31639)
Business Address:
    300 Ottawa Avenue, NW
    Suite 150
    Grand Rapids, MI  49503
    (616) 459-1225

280801082815.voluntary dismissal