UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| In re: | Case No. 14-05130-jwb |
| CARL L. BLAUWKAMP, | Chapter 7 |
| Debtor. | Hon. JAMES W. BOYD |
| / | U.S. Bankruptcy Judge |

DUNLAP DEVELOPMENT, LLC,

     Plaintiff,

v.                                                  Adv. Pro. Case No. 15-80221-jwb

JEROME FINK,

     Defendant.

_____/

**REQUEST TO BE REMOVED FROM ELECTRONIC MAIL NOTIFICATIONS**

Please take notice that the undersigned attorney is requesting to be removed from all electronic mail notifications in the above-referenced adversary proceeding case.

Dated: February 22, 2019        By:   */s/ Laura J. Genovich*
                                   Laura J. Genovich (P72278)
                                   FOSTER, SWIFT, COLLINS & SMITH, PC
                                   1700 E. Beltline Avenue NE, Suite 200
                                   Grand Rapids, MI  49525
                                   (616) 726-2200
                                   lgenovich@fosterswift.com